UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| United States of America, | COMPLAINT |
| Plaintiff, | Civil Action No.<br>CV-____-_____ |
| - against - | |
| Chang Sig Park aka<br>Chang Park | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The United States of America alleges that:

FIRST: Jurisdiction is conferred upon this Court pursuant to Title 28, United States Code, Section 1345.

SECOND: On information and belief, the Defendant resides within the Eastern District of New York at 24 Kingston Street, New Hyde Park, NY 11040.

THIRD: This lawsuit is filed for a sum certain due the Plaintiff.

FOURTH: The Defendant owes the United States the principal sum of $20,334.76 plus interest accrued through August 15, 2019 in the amount of $11,982.07 with interest continuing to accrue at the annual rate of 4.66% per annum in accordance with the Certificate of Indebtedness, incorporated herein by reference, annexed hereto as Exhibit A.

FIFTTH: No part of the aforesaid sum has paid, although duly demanded.

WHEREFORE, the United States demands judgment against defendant as follows:

1. In the amount of $32,316.83 that is, $20,334.76 in principal; $11,982.07 in interest accrued through August 15, 2019

2

2. Pre-judgment interest at the annual rate of 4.66%, or $2.59 per day from August 16, 2019 through the date of judgment on the amount set forth in subparagraph 1, above,

3. Post-judgment interest, pursuant to 28 U.S.C. ' 1961 at the legal rate then in effect, from the date of entry of judgment until the judgment is paid in full;

4. Administrative costs of suit; and

5. Such other relief as this Court may deem just and proper.


Dated: Brooklyn, New York
August 21, 2019

    Respectfully submitted,

        BY: */s/ John S. Manfredi*
        John S. Manfredi
        ATTORNEY FOR THE UNITED STATES OF AMERICA
        Manfredi Law Group, PLLC
        302 East 19th St. Suite 2A
        New York, New York 10003
        PH: 347 614 7006
        Fax 347 332 1740